Received
8/6/2020

**ATTORNEY'S NAME:** In Proper Person, 90001
**AND ADDRESS:** , ,

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2020-04850 | DIVISION: L | SECTION: 06 |
|---|---|---|

### WILLIAMS, PHIL

### Versus

### OMNI ROYAL ORLEANS HOTEL ET AL

### CITATION

TO: REGISTERED AGENT FOR OMNI ROYAL ORLEANS MICHAEL R SCHNEIDER STONE PIAMAN, WALTHER ET AL
909 POYDRAS ST, STE 3150, NEW ORLEANS, LA 70112

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

AMENDED PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA July 24, 2020**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Jasmine Bryant, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| **AMENDED PETITION FOR DAMAGES** | **AMENDED PETITION FOR DAMAGES** |
| ON REGISTERED AGENT FOR OMNI ROYAL ORLEANS MICHAEL R SCHNEIDER STONE PIAMAN, WALTHER ET AL | ON REGISTERED AGENT FOR OMNI ROYAL ORLEANS MICHAEL R SCHNEIDER STONE PIAMAN, WALTHER ET AL |
| THROUGH: | THROUGH: |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said REGISTERED AGENT FOR OMNI ROYAL ORLEANS MICHAEL R SCHNEIDER STONE PIAMAN, WALTHER ET AL being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / _____ | |
| PAPER          RETURN | Returned the same day |
| _____ / _____ / _____ | _____ No. _____ |
| SERIAL NO.   DEPUTY   PARISH | Deputy Sheriff of _____ |

ID: 10498586                    Page 1 of 1

EXHIBIT A

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 2020-04850    PHIL WILLIAMS    DIVISION L-6

- v -

~~DARRYL BERGER OF DBS INVESTMENTS.~~
~~JOE SAEGER OF MECHANICAL CONST CO.~~
~~DARRYL BERGER SR. ROGER OGDEN OF CROW HOLDINGS.~~
OMNI ROYAL ORLEANS HOTEL
& JEFFREY P. GERNON - ONE UNKNOWN
DEFENDANT.

FILED _____

AMENDED

PETITION FOR DAMAGES

DEPUTY CLERK FILED

This petition OF PHIL WILLIAMS is a person of full age and majority and resident of the STATE OF LOUISIANA, with respect represent.

**1**

Made defendants herein are:
OMNI ROYAL ORLEANS HOTEL, JEFFREY P. GERNON - one missing name unknown defendant who will be found. Persons of full age and majority and residents of the STATE OF LOUISIANA and OMNI ROYAL ORLEANS HOTEL a domestic company authorized to do business in the STATE OF LOUISIANA.

**2**

Defendants are jointly and in solido Liable and indebted to petitioner for such damages as are reasonable in the premises, including past mental pain and suffering future mental pain and suffering, Loss of earnings Economic damages - non economic damages pre Judgement interest, Mental and Emotional Anguish, past & present Inconvience - past & present, and any penalties and attorney fees for defendants willfull failure to pay thereof, together with Legal interest there from date of Judicial demand until paid and for all cost of these proceedings for the following to wit and other relief as the court deems Just proper.

On June 19, 2019 and thru out the employment of PHIL WILLIAMS an incident occured where as PHIL WILLIAMS felt that he was wrongfully terminated from his job as a Valet-Cashier for doing what he was taught and repeatedly reminded of thru posting around the hotel at the time Clock by his manger TO PROTECT THE COMPANY ASSETS PROTECT THE COMPANY ASSETS - These were notices posted all around the hotel and other notices reminding you that you had an obligation as an employee to take care of the hotels Assets customers property so I took that to heart doing the best I could to take care of the Customer and the Hotels property. A customer came out one evening to retreive his car and I saw him for I was backing in a customers car and he walked up to the valet cashier window and he stopped and read the sign in the window of the booth because nobody was in there - The sign that the over night cashier places in the window when he is retreiving a car gone to the restroom, and he is never gone no more than 3 to 5 or 10 minutes or less but I was right behind them - As the sign in the window read. Omni Hotels & Resorts - royal Orleans / new orleans We will Return Momentarily Your Patience is Appreciated - The customer took time and read the sign and he still started to bang on the window and look and see was any body in the back of the booth, Then he went and Read the other sign to to man Lift a big red sign about 3Ft X 2Ft and he still being impatient went to get on the man lift in the cage a very dangerous Area After reading sign that said in Big bold white letter on a Red painted sign to get your Attention - CAUTION DANGER AREA - Keep OUT GARAGE PERSONNEL ONLY - hanging on the entrance door of the Man Lift he still went in the cage and was getting on the man Lift and I yelled as I was getting out of the car I was parking Sirrr- Nooo- dont get on that Lift and I walked up to them and Said sir you cant go up there you can get hurt or Killed I saw you read both sign Now may I help you. He said I need my car after I said one more thing about the cage - man Lift - Part of me doing my Job of Protecting Company Assets →

The other big stomach Fat white guy. These were two white guys The big Fat white guy with the big stomach came and bumped me in my chest with his big stomach as I was talking to his friend and angrly yelled and screamed in my face Go get the Fuckin car Go get the fuckin Car and I think he called me a name and I felt threatened and bullied and angry and offended and disrespected and humiliated so I pushed him out of my face and I was not going to take anymore of those rude abusive racist bullying physically and mentally abusive intimidating thinking they can push you around customers behavior anymore thinking because they are paying and your at work your suppose to take it. I was not going to be the Hotels door mat anymore or the customers all for the sake of the Hotel not getting a bad review on social media, because thats what the Hotel want you to do take anything the customers dish out with a smile and not say nothing back or defend yourself. I had been called a Nigger several times by angry racist customers Lied on several times pushed around money snatched out of my hand Almost hit by cars Nipples pinched by gays Abased and bullied by loss prevention officers Mr. George, Lakeshia Darryl, The Fat white supervisor, threatened by the short young LP officer said he would bat me in the face, punched and bullied by Front desk clerks Ricky & Bernard - Repeatedly harrased by Engineer worker Henry & Josh, My life repeatedly put in danger by Josh by his second hand cigaette smoke- him smoking in unrestricted areas disobeying signs and the city no smoking ordance where I feared and still fear the second had smoke could give me cancer or kill me down the road I would always be clearing my throat and coughing from time to time and I told my supervisor Marco about it a few times. I reported Josh behavior towards me and his smoking in un restricted areas some 20 times or more along with his work attitude toward my work and his no team work attitude along with Henrys same no team work attitude the other overnight engineer guy and it fell on Deaf ears, I reported it to kevin the Front Desk manager some 20 times or more and he would be standing on the back dock right under the no smoking sign talking with the manager and she would not say nothing I reported it to her several times and she told me that was small and petty to report Joshs smoking and other behavior she was not the type of super visor to put her foot down and make people act right on the Job and I told her that I would put small and petty in my Law suit when I sue the Omni.

And all of this staff was affecting me my job performance and my attitude about my job and the Omni it was affecting me mentally and physically and spiritually making me feel like I had PTSD and depression and harboring resentments Also the cook in the early morning was verbally abusing me. I felt that things that women did to me if I had did to them I would have been fired - Sticking their head in the mens restroom yelling and screaming and calling my deceased mother a crazy Bitch threatning me bullying me at the valet Booth the women would go to HR and manipulate the HR manager by crying or using their kids or whatever to get things in their favor to me it was a form of unequal treatment and discrimination by not allowing the other Gender to have the same consequences. I reported all of these incidents and even was told by Mr. George LP Officer That HR will not do nothing about any thing you report to them about other employees behavior or Incidents you involved in and it was pretty much Like that. I remember when I tried to tell the HR manager Robin how I felt about what I had been going thru and her response was we don't deal in feeling here and she was dead serious and I was shocked my thinking was well how do you deal with people then and she showed me that she or the Hotel didn't care what I feel - you were there just to do a job, and I explained to Cole The Director of Rooms what all I had been through while working at the Omni and he asked me why was I still there going through all of that and I told him I Like my job. I just wanted some help with the problems I was having and I told him. I even went as far as to get corporate involved it helped a little and they asked me what I wanted to do about certain people and said that up to you all it helped a little but didn't change much. I just feel that I was wrongfully terminated and the Omni Hotel wanted me to give up <u>my right to defend myself and my freedom of speech in doing so, and take abuse and not defend myself</u>, When I had the rukus with the customer I felt threatened and the both came at me and I felt I needed to defend myself and security interviened and I got away and went in the valet booth and the guy wanted free parking and I told him no and to go see the manager at the front desk and he was angry because I didn't let him go with free parking and he said that he was going to get me fired, and I said Ok. So I feel that all I have gone thru maintaining and protecting all hotel Assets & equiptment Remember we all earn a living here, and the garage I worked in where I put

Traffic Safety Orange Cones up every night blocking Cars from coming in or Out illegally and deterring their protecting company assets walking around in the dangerous garage checking cars where some one could come from behind and attack me because people wonder in the garage all the time or rob me, me Always having to stop people from getting on the man Lift, running criminals and strays out the garage stopping their Protecting Company Assets. It was a a stressfull position and for the Hotel to fire me I worked hard by myself, and for the hotel to not even want to give me unemployment I had to Fight for that, The Lady Judge for an employment Appeal said that she felt I was defending my self and that I deserve unemployment, not wanting to give me unemployment was a slap in the face. I deserve better for what I had to put up with for the Hotel Omni putting Revenue and a good or trying to avoid a negative social media post over employees and for them wanting me to give up the right to defend my self and freedom of speech and be a Doormat is definitely a nono. I need to be compensated for my Troubles because I had planned on retiring from the Omni Hotel, They took that away. The Hotel Omni had a duty to treat me better and didn't they breeched their duty by wrongfully terminating me for doing what they taught and ingrained in my mind to do on that Job, PROTECT <u>MAINTAIN ALL OMNI HOTEL ASSETS and EQUIPTMENT-REMEMBER WE ALL WORK HERE</u> - They constantly reminded employees of this by all the posting around the Hotel and Flashing on the plasma screen, and being reminded by our Supervisors so I would like this court to give me what I deserve a winning Case and maximum monetary amount this court allows, <u>AND EARN A LIVING HERE</u>. Plaintiff is also suing Omni Royal Orleans Hotel For not having any compensation or protection in place to protect employees in situations when they are attacked by violent, rude, disrespectfull, think they are entitled out of control, crazy, racist, impaired, customers, whom along with the Hotel wants the employee to give up their First and Second Amendant freedom of speech and the right to defend themselves and be treated any kind of way for the sake of Revenue and a bad Hotel social media Review. And the Hotel Just Terminates you.

4.

The sole and proximate cause of the above referenced matter was the negligence of management and improper training of employees and enforcement of stricter rules for Hotel and employees to abide by and enforce. Employees for which employer is responsible for. It is Attributed to but not Limited to the following on exclusive particulars

A. None enforcement of Hotel rules to the point of making sure they were enforced

B. To slack of Management enforcement of rules to be followed by employees

C. Unfair consequences given to employees after adhearing to Hotels teachings and rules, Any and all other acts of negligence which may be proven at the trail of this matter.

5.

As a result of the above refrenced matter and negligence of defendants Plaintiff suffered mental anguish, stress resentments, depression, anxiety, negative attitude, economic Losses - No economic Losses - future earning from Hotel, interuption of retirement plans - financial setback - emotional suffering Loss of Direction in Life at that time after Termination. Frequent Flashbacks of incidents, Low self esteem and self worth.

6.

Upon best information and belief it is alleged that at the time of the incident Defendants OMNI ROYAL ORLEANS HOTEL is still managed by OMNI Corporation, Dallas, Tx

WHEREFORE, petitioner prays that defendants be duly cited and served with a copy of this petition, and after all due proceeding are had there be a Judgement in favor of petitioner and against Defendants OMNI ROYAL ORLEANS HOTEL Jointly and insolido in amounts as are resonable in the premises including Plaintiffs mental anguish, stress, resentments, depression, anxiety, negative attitude, economic Losses – Non economic Losses – Future earnings from Hotel, interuption of retirement plans – Financial Set backs – emotional suffering – Loss of Direction in Life after Termination. Frequent flash backs of incidents, Low self esteem and self worth. Future & Past Mental & Emotional suffering and Inconvience. And any penalties and attorney fees for defendants willfull failure to pay thereof, together with Legal interest thereon from date of Judical demand until paid and for all cost of these proceedings for the following to wit and all general and equitable releif this Honorable Court deems necessary, steming from assalt of Customer.

Respectfully Submitted
_____ Pro-se
P.O. Box 751061
N.O. LA 70115
Phil Williams
Phone – 504-450-7835

– Please Serve Registered Agent for Omni Royal Orleans

↓ Michael R Schneider
Stone Piaman, Walther, ETAL
909 Poydras st ste 3150
N.O. LA 70112

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA