U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Nov 24 2020
CAROL L. MICHEL
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PHIL WILLIAMS v. DARRYL BERGER, ET AL.
U.S. DISTRICT COURT, EASTERN DIST. OF LA
(DOCKET NO. 2:20-CV-02333)

CIVIL ACTION NO:
2:20-CV-02333 ILRL-DMO
JUDGE IVAN L.R. LEMELLE SECTION "B"
MAGISTRATE DANA DOUGLAS DIVISION 3

TENDERED FOR FILING
Nov 24 2020
U.S. DISTRICT COURT
Eastern District Of Louisiana
Deputy Clerk

## SETTLEMENT PROCESS

In response to Plaintiff Motion for Extention of Time and Defendants Motion for Partial Dismissal Pursuant to Fed. R. Civ. P 12 (B) (6) and Corporate Disclosure Statement, in the above captioned matter The Parties Involved are in the Process of Settling this Matter.

Respectfully submitted

Phifichia Williams - Pro se
2408 Marengo st
N.O. LA 70115
Phone - 504-450-7835

## CERTIFICATE OF SERVICE

I hereby CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by Email Scan on this 24th day of November, 2020